UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Optimum Controls Corp., and the County of Westchester for the use and benefit of Optimum Controls Corp.,

Plaintiff,

-v-

RLJ Electric Corp., and Hanover Insurance Co.,

Defendant.

---

JUDGE ROBINSON
08 CIV 7318

Case No. _____

**Rule 7.1 Statement**

*U.S. DISTRICT COURT FILED AUG 18 2008 S.D. OF N.Y.*

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

__Optimum Controls Corp.,_____ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE.

**Date:** August 18, 2008

_____
Signature of Attorney

**Attorney Bar Code:** _____

Form Rule7_1.pdf  SDNY Web 10/2007